AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whaley, Robert H | United States District Court | 04/24/2007 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Court Judge

**5a. Report Type** (check appropriate type)

☐ Nomination, Date
☐ Initial   ☒ Annual   ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

United States District Court
P.O. Box 283
Spokane, WA 99210-0283

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 APR 26 A 10 10
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Winston & Cashatt, Consulting Fee |
| 2. 2006 | Winston & Cashatt Law Firm, Salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wbaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Fidelity Contrafund Mutual Fund | A | Dividend | J | T | Part Sold | 5-30 | K | D | |
| 3. -Fidelity Contrafund Mutual Fund | A | Dividend | | | Sold | 7-19 | J | B | |
| 4. -Fidelity Dividend Growth Mutual Fund | | None | J | T | Part Sold | 2-01 | K | C | |
| 5. -Fidelity Dividend Growth Mutual Fund | | None | | | Sold | 2-17 | J | B | |
| 6. -Ford Motor Co Cap Tr II Orig Pfd Secs | A | Dividend | J | T | Transfer In | 6-14 | J | | See VIII |
| 7. -Ford Motor Co Cap Tr II Orig Pfd Secs | A | Dividend | | | Sold | 7-21 | J | | |
| 8. -Van Kampen Enterprise Class A Mut Fd | | None | J | T | Transfer In | 11-09 | J | | See VIII |
| 9. -Core Cash Account | A | Dividend | J | T | | | | | |
| 10. -Core Cash Account | A | Dividend | J | T | Transfer In | 6-14 | J | | See VIII |
| 11. | | | | | | | | | |
| 12. SMITH BARNEY: | | | | | | | | | See VIII |
| 13. -Citibank NA Bank Deposit Program | A | Interest | | | Transfer Out | 6-14 | J | | |
| 14. -Ford Motor Co Cap TR II Orig Pfd Secs | A | Interest | | | Transfer Out | 6-14 | J | | |
| 15. | | | | | | | | | |
| 16. FRANKLIN TEMPLETON: | | | | | | | | | |
| 17. -Templeton Developing MrktsTrust Mut Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CHASEMELLON: | | | | | | | | | |
| 19. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. NATIONAL SECURITIES CORPORATION: | | | | | | | | | |
| 22. -Montana Precision Mining Ltd. Common Stock | | None | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. FIDELITY INVESTMENTS: | | | | | | | | | See VIII |
| 25. -Fidelity Canada | | None | | | Transfer Out | 5-04 | K | | |
| 26. -Fidelity Diversified International | | None | | | Transfer Out | 5-04 | L | | |
| 27. -Fidelity Small Cap Stock | | None | | | Transfer Out | 5-04 | K | | |
| 28. -Fidelity Cash Reserves | A | Interest | | | Transfer Out | 5-04 | J | | |
| 29. -Fidelity Contrafund Mutual Fund | B | Dividend | | | Transfer Out | 5-04 | L | | |
| 30. -Fidelity Balanced | A | Dividend | | | Transfer Out | 5-04 | K | | |
| 31. -Fidelity Low Priced Stock | | None | | | Transfer Out | 5-04 | K | | |
| 32. -Fidelity Dividend Growth Mutual Fund | | None | | | Transfer Out | 5-04 | K | | |
| 33. -Fidelity Export & Multinational | | None | | | Transfer Out | 5-04 | K | | |
| 34. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SMITH BARNEY PROFIT SHARING #1 ACCOUNT: | | | | | | | | | See VIII |
| 36. -SB Money Funds Govt Port CL A | A | Dividend | | | Transfer Out | 6-23 | J | | |
| 37. -Cisco Systems Inc. Common Stock | | None | | | Transfer Out | 6-23 | J | | |
| 38. -EMC Corp. Common Stock | | None | | | Transfer Out | 6-23 | J | | |
| 39. -Intel Corp. Common Stock | A | Dividend | | | Transfer Out | 6-23 | J | | |
| 40. -Microsoft Corp. Common Stock | A | Dividend | | | Transfer Out | 6-23 | J | | |
| 41. -Time Warner Inc. Common Stock | A | Dividend | | | Transfer Out | 6-23 | J | | |
| 42. -Salomon Bros Cap & Income Fd Inc Mutual Fund | A | Dividend | | | Sold | 6-26 | J | A | |
| 43. -Calamos Growth Fund Cl B Mutual Fund | | None | | | Transfer Out | 6-23 | L | | |
| 44. -FPA Perennial Fund Mutual Fund | | None | | | Transfer Out | 6-23 | K | | |
| 45. -First Eagle Global Fund Class A | | None | | | Transfer Out | 6-23 | L | | |
| 46. -MTB Small Cap Growth Fund Cl A Mutual Fund | | None | | | Transfer Out | 6-23 | K | | |
| 47. -Russell Multi Manager Principal Protected Fd Cl B Mutual Fd | | None | | | Sold | 11-30 | L | B | |
| 48. -Legg Mason Partners Classic Values Fd Cl B Mutual Fund | | None | | | Sold | 11-30 | K | D | |
| 49. -Van Kampen Equity and Income Fund Class C Mutual Fund | A | Dividend | | | Transfer Out | 6-23 | K | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | SMITH BARNEY PROFIT SHARING #2 ACCOUNT: | | | | | | | | | See VIII |
| 53. | -SB Money Funds Govt Port Class A | A | Dividend | | | Transfer Out | 6-07 | J | | |
| 54. | -Advanced Remote Communications Solutions Inc. Common Stock | | None | | | | | | | |
| 55. | -MPM Technologies, Inc. Common Stock | | None | | | Transfer Out | 6-07 | J | | |
| 56. | -Eaton Vance Tax-Managed Buy Write Income Fund | B | Dividend | | | Transfer Out | 6-07 | K | | |
| 57. | -SunAmerica Focused Large-Cap Growth Class B Mutual Fund | | None | | | Transfer Out | 6-07 | L | | |
| 58. | -Van Kampen Equity and Income Fund Class C Mutual Fund | A | Dividend | | | Transfer Out | 6-07 | J | | |
| 59. | | | | | | | | | | |
| 60. | FIDELITY EDUCATION ACCOUNT (X) | | | | | | | | | |
| 61. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 3-30 | J | | |
| 62. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 4-28 | J | | |
| 63. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 5-31 | J | | |
| 64. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 6-29 | J | | |
| 65. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 7-31 | J | | |
| 66. | -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 8-31 | J | | |
| 67. | -NH 100% Equity Contribution (X) | | None | J | T | Buy | 9-29 | J | | |
| 68. | -NH 100% Equity Contribution (X) | | None | J | T | Buy | 10-31 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 11-30 | J | | |
| 70. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 12-29 | J | | |
| 71. | | | | | | | | | |
| 72. FIDELITY EDUCATION ACCOUNT (X) | | | | | | | | | |
| 73. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 3-30 | J | | |
| 74. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 4-28 | J | | |
| 75. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 5-31 | J | | |
| 76. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 6-29 | J | | |
| 77. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 7-31 | J | | |
| 78. -Unique 100% Equity Portfolio Contribution (X) | | None | J | T | Buy | 8-31 | J | | |
| 79. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 9-29 | J | | |
| 80. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 10-31 | J | | |
| 81. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 11-30 | J | | |
| 82. -NH 100% Equity Contribution (X) | | None | J | T | Buy | 12-29 | J | | |
| 83. | | | | | | | | | |
| 84. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 85. -EMC Corp Mass Common Stock | | None | J | T | Transfer In | 6-23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -LMP Cap & Income Fd Inc. COM Mutual Fund | A | Dividend | J | T | Transfer In | 6-23 | J | | See VIII |
| 87. -MPM Technologies Inc. New Common Stock | | None | J | T | Transfer In | 6-23 | J | | See VIII |
| 88. -Fidelity Canada Mutual Fund | A | Dividend | K | T | | | | | |
| 89. -Fidelity Int'l Small Cap Opp Fund Mutual Fund | | None | J | T | Buy | 10-17 | J | | |
| 90. -Fidelity New Markets Income Mutual Fund | A | Dividend | | T | Buy | 10-24 | J | | See VIII |
| 91. -Fidelity New Markets Income Mutual Fund | A | Dividend | K | T | Buy | 12-13 | J | | |
| 92. -Spartan Total Mkt Index Investor Class Mutual Fund | A | Dividend | K | T | Buy | 12-11 | J | | |
| 93. -Spartan Int'l Index Investor Class Mutual Fund | A | Dividend | K | T | Buy | 12-11 | K | | |
| 94. -Fidelity Large Cap Stock Mutual Fund | | None | J | T | Buy | 12-05 | J | | |
| 95. -Fidelity Capital & Income Mutual Fund | A | Dividend | K | T | Buy | 11-28 | K | | |
| 96. -Fidelity Capital Appreciation Mutual Fund | A | Dividend | J | T | Buy | 12-05 | J | | |
| 97. -Fidelity Real Estate Investment Mutual Fund | A | Dividend | | T | Buy | 12-11 | K | | See VIII |
| 98. -Fidelity Real Estate Investment Mutual Fund | A | Dividend | K | T | Buy | 12-13 | J | | |
| 99. -Fidelity Independence Mutual Fund | A | Dividend | J | T | Buy | 12-05 | J | | |
| 100. -Fidelity Fifty Mutual Fund | A | Dividend | J | T | Buy | 12-05 | J | | |
| 101. -Fidelity Low Priced Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 102. -Fidelity Strategic Income Mutual Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FMA Small Company Port Inst'l Mutual Fund | B | Dividend | J | T | Buy | 11-27 | J | | |
| 104. -Artisan Int'l Mutual Fund | A | Dividend | J | T | Buy | 12-13 | J | | |
| 105. -Fidelity Select Technology Mutual Fund | | None | | | Sold | 10-17 | J | | |
| 106. -Fidelity Select Comm Equipment Port Mutual Fund | | None | | | Sold | 10-18 | J | | See VIII |
| 107. -Calamos Growth Class B Mutual Fund | B | Dividend | L | T | Transfer In | 6-23 | L | | |
| 108. -FPA Perennial Fund Mutual Fund | B | Dividend | L | T | Transfer In | 6-23 | K | | |
| 109. -First Eagle Global Class A Mutual Fund | D | Dividend | L | T | Transfer In | 6-23 | L | | |
| 110. -Oakmark Fund I Mutual Fund | B | Dividend | K | T | Buy | 12-13 | K | | |
| 111. -Kinetics Small Vap Opportunties Mutual Fund | A | Dividend | J | T | Buy | 11-27 | J | | |
| 112. -MTB Small Class Growth Class A Mutual Fund | D | Dividend | L | T | Transfer In | 6-23 | K | | |
| 113. -Northern Small Cap Value Mutual Fund | B | Dividend | J | T | Buy | 11-27 | J | | |
| 114. -Schwab Small Cap Equity-Invest Shs Mutual Fund | A | Dividend | J | T | Buy | 11-27 | J | | |
| 115. -Third Avenue Real Estate Value Mutual Fund | B | Dividend | K | T | Buy | 12-13 | K | | |
| 116. -Van Kampen Equity & Income Class C Mutual Fund | | None | | T | Transfer In | 6-07 | J | | See VIII |
| 117. -Van Kampen Equity & Income Class C Mutual Fund | B | Dividend | L | T | Transfer In | 6-23 | K | | |
| 118. -Fidelity Cash Reserves | A | Dividend | | T | Buy | 11-20 | L | | See VIII |
| 119. -Fidelity Cash Reserves | A | Dividend | | T | Buy | 12-01 | K | | See VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Cash Reserves | A | Dividend | | T | Buy | 12-05 | L | | See VIII |
| 121. -Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 122. -Fidelity Int'l Discovery Mutual Fund | B | Dividend | K | T | | | | | |
| 123. -Fidelity Canada Mutual Fund | B | Dividend | K | T | Transfer In | 5-04 | K | | |
| 124. -Fidelity Diversified Int'l Mutual Fund | D | Dividend | L | T | Transfer In | 5-04 | L | | |
| 125. -Fidelity Small Cap Stock Mutual Fund | C | Dividend | K | T | Transfer In | 5-04 | K | | |
| 126. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 127. -Fidelity Contrafund Mutual Fund | D | Dividend | L | T | Transfer In | 5-04 | L | | |
| 128. -Fidelity Balanced Mutual Fund | B | Dividend | K | T | Transfer In | 5-04 | K | | |
| 129. -Fidelity Low Priced Stock Mutual Fund | C | Dividend | K | T | Transfer In | 5-04 | K | | |
| 130. -Fidelity Dividend Growth Mutual Fund | B | Dividend | K | T | Transfer In | 5-04 | K | | |
| 131. -Fidelity Select Computers Mutual Fund | | None | J | T | | | | | |
| 132. -Fidelity Export & Multinational Mutual Fund | A | Dividend | K | T | | | | | |
| 133. -Cisco Sys Inc. Common Stock | | None | | | Transfer In | 6-23 | J | | |
| 134. -Cisco Sys Inc. Common Stock | | None | | | Sold | 10-20 | J | B | |
| 135. -Intel Common Stock | | None | | | Transfer In | 6-23 | J | | |
| 136. -Intel Common Stock | A | Dividend | | | Sold | 10-20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Microsoft Common Stock | | None | | | Transfer In | 6-23 | J | | |
| 138. -Microsoft Common Stock | A | Dividend | | | Sold | 10-20 | J | B | |
| 139. -Time Warner Common Stock | | None | | | Transfer In | 6-23 | J | | |
| 140. -Time Warner Common Stock | A | Dividend | | | Sold | 10-20 | J | B | |
| 141. -SunAmerica Focused Large-Cap Growth B Mutual Fund | | None | | | Transfer In | 6-07 | L | | |
| 142. -SunAmerica Focused Large-Cap Growth B | | None | | | Part Sold | 8-29 | J | | |
| 143. -SunAmerica Focused Large-Cap Growth B Mutual Fund | | None | | | Part Sold | 9-25 | J | | |
| 144. -SunAmerica Focused Large-Cap Growth B Mutual Fund | | None | | | Part Sold | 11-21 | J | A | |
| 145. -SunAmerica Focused Large-Cap Growth B Mutual Fund | | None | | | Sold | 12-08 | J | B | |
| 146. -Eaton Vance Tax Managed Buy Write Income Fund Mutual Fund | | None | | | Transfer In | 6-07 | K | | |
| 147. -Eaton Vance Tax Managed Buy Write Income Fund Mutual Fund | B | Dividend | | | Sold | 11-30 | K | B | |
| 148. | | | | | | | | | |
| 149. ST. JUD. RETIREMENT (FIDELITY INDEPENDENCE FUND) Mutual Fund | D | Dividend | | | Sold | 11-02 | L | E | See VIII |
| 150. | | | | | | | | | |
| 151. FIDELITY INVESTMENTS: | | | | | | | | | |
| 152. -Amgen Inc. Common Stock | | None | J | T | Part Sold | 10-20 | J | D | |
| 153. -Benjamin Franklin Fed S&L Ass'n | B | Distribution | | | Merger | 8-18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Common Stock | | | | | | | | | |
| 154. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | Merger | 8-18 | J | | |
| 155. -Eaton Vance Tax Advantage Div Income Fd Mutual Fund | B | Dividend | K | T | | | | | |
| 156. -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 157. -Fidelity International Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 158. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 159. -Fidelity Diversified International Mutual Fund | A | Dividend | J | T | | | | | |
| 160. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | Buy | 10-26 | J | | |
| 161. -Fidelity Small Cap Independence Mutual Fund | A | Dividend | J | T | | | | | |
| 162. -Fidelity Small Cap Stock Mutual Fund | B | Dividend | K | T | Buy | 10-26 | J | | |
| 163. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 164. -Fidelity Contrafund Mutual Fund | C | Dividend | K | T | | | | | |
| 165. -Fidelity Mid Cap Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 166. -Fidelity Balanced Mutual Fund | C | Dividend | K | T | | | | | |
| 167. -Fidelity Low-Priced Stock Mutual Fund | D | Dividend | L | T | | | | | |
| 168. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | Buy | 10-26 | J | | |
| 169. -Fidelity Dividend Growth Mutual Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -Fidelity Leveraged Company Stock Mutual Fund | B | Dividend | K | T | | | | | |
| 171. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 172. -Fidelity Export & Multinational Mutual Fund | A | Dividend | K | T | | | | | |
| 173. -Fidelity Value Mutual Fund | A | Dividend | J | T | | | | | |
| 174. -American Balanced Class C Mutual Fund | B | Dividend | K | T | | | | | |
| 175. -Calamos Growth Fund Class C Mutual Fund | B | Dividend | L | T | | | | | |
| 176. -American Growth Fund of America Class C Mutual Fund | B | Dividend | L | T | | | | | |
| 177. -Vanguard Index Trust S&P Port Mutual Fund | A | Dividend | K | T | | | | | |
| 178. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 179. | | | | | | | | | |
| 180. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 181. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 182. -Microsoft Corp. Common Stock | A | Dividend | J | T | Part Sold | 10-20 | J | D | |
| 183. -Fidelity Intl Small Cap Opp Fund | | None | J | T | | | | | |
| 184. -Fidelity Diversified International Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 185. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | Buy | 10-26 | J | | |
| 186. -Fidelity Small Cap Stock Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | Buy | 10-26 | J | | |
| 188. -Fidelity Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 189. -Fidelity Large Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 190. -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 191. -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 192. -Fidelity Leveraged Company Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 193. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 194. -Fidelity Select Health Care Mutual Fund | A | Dividend | J | . T | | | | | |
| 195. -Fidelity Select Electronics Mutual Fund | A | Dividend | J | T | | | | | |
| 196. -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 197. -Vanguard Growth Index Mutual Fund | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. SMITH BARNEY: | | | | | | | | | |
| 200. -Aim Equity - Constellation Mutual Fund | | None | J | T | | | | | |
| 201. -Calamos Growth Fund | | None | J | T | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. VAN KAMPEN: | | | | | | | | | |
| 205. -Enterprise Fund A Mutual Fund | | None | | | Transfer Out | 11-09 | J | | See VIII |
| 206. | | | | | | | | | |
| 207. Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | | None | J | W | | | | | |
| 208. Ltd. Partner, Deming Apartments, LLC (X) | | None | J | W | | | | | See VIII |
| 209. | | | | | | | | | |
| 210. Lot & House, Laclede, ID | | None | O | W | | | | | See VIII |
| 211. | | | | | | | | | |
| 212. MassMutual: GP Life at 69 | A | Dividend | K | T | | | | | |
| 213. | | | | | | | | | |
| 214. MassMutual: Whole Life | | None | K | T | | | | | |
| 215. | | | | | | | | | |
| 216. CBSS, LLC (Purchased 2-23-06, $29,000) | | None | K | R | Buy | 2-23 | K | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. TRUST #1(Fidelity) | | | | | | | | | |
| 222. - Fidelity Municipal Money Market Fund | A | Interest | J | T | Part Sold | 4-21 | J | | |
| 223. - Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 224. - Fidelity Contrafund Mutual Fund | A | Dividend | J | T | | | | | |
| 225. - Fidelity Dividend Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 226. - Fidelity Export & Multint'l Mutual Fund | A | Dividend | J | T | | | | | |
| 227. - Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 228. - Fidelity Int'l Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 229. - Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 230. - Fidelity Small Cap Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 231. - Fidelity Total Bond Mutual Fund | A | Dividend | J | T | • | | | | |
| 232. - Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Lines 12 - 14: All holdings in this Smith Barney account were transferred to Fidelity Investment Ultra Account (page 4, lines 1 - 10). This Smith Barney account has been closed and will not be listed on the Financial Disclosure in the future.

Page 4, Line 8: The Van Kampen fund listed on page 16, lines 204 - 205, was transferred to Fidelity Investment Ultra Account (page 4, lines 1 - 10).

Page 5, Lines 24 - 33: The holdings in this Fidelity Investments account were transferred to Fidelity Investments IRA (pages 8 - 12, lines 84 - 147). This Fidelity Investments account has been closed and will not be listed on the Financial Disclosure in the future.

Page 6, Lines 35 - 49: The holdings in this Smith Barney account were transferred to Fidelity Investments IRA (pages 8 - 12, lines 84 - 147). This Smith Barney account has been closed and will not be listed on the Financial Disclosure in the future.

Page 6, Line 42: Salomon Bros Cap & Income Fd Inc Mutual Fund was listed incorrectly as "Sold" on the 2005 Financial Disclosure. It should have been listed as "Part Sold", leaving a gross value at the end of the reporting period of J.

Page 6, Line 48: Fund name change on 4-07-06 from Smith Barney Classic Values Fund Class B Mutual Fund, as listed on the 2005 Financial Disclosure, to Legg Mason Partners Classic Values Fund Class B Mutual Fund.

Page 7, Lines 52 - 58: The holdings in this Smith Barney account were transferred to Fidelity Investments IRA (pages 8 - 12, lines 84 - 147). This Smith Barney account has been closed and will not be listed on the Financial Disclosure in the future.

Page 7, Line 54: The value of Advanced Remote Communications Solution Inc. Common Stock has fallen below the reporting threshold and will not be listed in the Financial Disclosure in the future.

Page 9, Line 86: Fund name change on 10-09-06 from Salomon Bros Cap & Income Fd Inc. Mut Fd to LMP Cap & Income Fd Inc. COM Mutual Fund.

Page 9, Line 87: The value of MPM Technologies Inc. New Common Stock has fallen below the reporting threshold and will not be listed in the Financial Disclosure in the future.

Page 9, Lines 90 & 91: The gross value at the end of the reporting period for the two Fidelity New Markets Income Mutual Fund entries totals K.

Page 9, Lines 97 & 98: The gross value at the end of the reporting period for the two Fidelity Real Estate Investment Mutual Fund entries totals K.

Page 10, Line 106: Fund name change on 10-01-06 from Fidelity Select Develop Communications Mutual Fund, as listed on the 2005 Financial Disclosure, to Fidelity Select Comm Equipment Port Mutual Fund.

Page 10, Lines 116 & 117: The gross value at the end of the reporting period for the two Van Kampen Equity & Income Class C Mutual Fund entries totals L.

Page 10, Line 118: State Judicial Retirement (Fidelity Independence Fund) Mutual Fund (page 12, line 149) was sold. The proceeds were then rolled over to the Fidelity Investments IRA account.

Page 10, Lines 119 & 120: Russell Multi Manager Principal Protected Fd Cl B Mutual Fund and Legg Mason Partners Classic Values Fd Cl B Mutual Fund (page 6, lines 47 & 48) were sold. The proceeds were then rolled over to the Fidelity Investments IRA account.

Pages 10 & 11, Lines 118 - 121: The gross value at the end of the reporting period for the four Fidelity Cash Reserves entries totals K.

Page 12, Line 149: The State Judicial Retirement (Fidelity Independence Fund) was sold. The proceeds were then rolled over to the Fidelity Investments IRA account (page 10, line 118). The State Judicidual Retirement account is now closed and will not be listed on the Financial Disclosure in the future.

Page 16, Lines 204 - 205: The Van Kampen fund was transferred to Fidelity Investments Ultra account (page 4, line 8).

Page 16, Line 208: This asset has been inadvertently omitted on past Financial Disclosures.

Page 16, Line 210: Lot & House, Laclede, ID, will not be listed in future Financial Disclorues because it does not generate income.

L

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date___ 4-24-07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544